FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2008 MAY 12 PM 12: 47

GREGORY C. LANGHAM
CLERK

BY _____ DEP. CLK

PS 42
(8/98 D/CO)

# United States District Court
## District of Colorado

United States of America )
vs )
John Matthew Phillips )

Case No. 08-mj-01030-BNB

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, John Matthew Phillips, have discussed with Garret Pfeimer, Probation Officer, modification of my release as follows:

That the Unsecured bond without Pretrial Services supervision be changed to include Pretrial Services supervision. The supervision is for the purpose of monitoring the defendant's travel only.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 3-17-08    _____ 03/27/2008
Signature of Defendant    Date    Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____ 3/17/08
Signature of Defense Counsel    Date

_____ 5-6-08
Signature of Assistant U.S. Attorney    Date

[X] The above modification of conditions of release is ordered, to be effective on May 9, 2008.

[ ] The above modification of conditions of release is not ordered.

_____ May 9, 2008
Signature of Judicial Officer    Date